FILED

# United States District Court
### Eastern District of North Carolina
### Western Division

OCT 21 2024



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No. 5:23-CT- 3339- BO

(To be filled out by Clerk's Office only)

CouRTNey GARViN PARTiN, PRoSE

PlAiNTiFF

Inmate Number 45342-509

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

WARdEN THomAs SCARANTiNo, DR chARles clouTieR, DR

AllYSoN SHARF, ANd DR. LoGAN GRADDY

DEFENdANTs.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
### (*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:23-ct-03339-M    Document 26    Filed 10/21/24    Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

COURTNEY GARVIN PARTIN
Name

45342-509
Prisoner ID #

LAUREL COUNTY DETENTION CENTER
Place of Detention

440 HAMMOCK Road
Institutional Address

London                          KY                    40741
City                            State                 Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee   ☐ State    ☑ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    WARDEN Thomas SCARANTINO
                Name

                WARDEN
                Current Job Title

                Federal medical center   P.O. Box 1600
                Current Work Address

                BoTNER                    NC              27509
                City                      State           Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both


Defendant 2:    DR. CHARLES CloutiER
                Name

                DocToR
                Current Job Title

                Federal medical center   P.O. Box 1600
                Current Work Address

                BuTNER                    NC              27509
                City                      State           Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3:      DR. AllYson SHARF
               Name

               DocToR
               Current Job Title

               FedERAl medical cenTeR   P.O. Box 1600
               Current Work Address

               BuTNER              NC         27509
               City                  State         Zip Code

               Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Defendant 4:      DR. LoGAN GRADDY
               Name

               DocToR
               Current Job Title

               FedERAl medical cenTER   P.O. Box 1600
               Current Work Address

               BuTNeR              NC          27509
               City                  State         Zip Code

               Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: FEdERAl medicAl CENTER AT BuTNER NORTh cAROliNA

Date(s) of occurrence: 2 ON SEP. 12, 2023, sep. 13, 2023, ocT 23, 2023, Nov. 20, 2023

State which of your federal constitutional or federal statutory rights have been violated:

All ThE FiRST, Eighth ANd FouRTeenTh AmendmenTs To The uNited STATes CoNsTitutiоN. Religous Freedoms, cRuel ANd uNusuAl punishmenT ANd Due pRocess

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who
> did what to
> you?

1.) I sTeped of ThE bus AT buTNeR F.M.C. sepTembeR 12Th 2023 WARdeR ThomAs SCARANTiNO RuNs ANd iNfoRces policys Theke, I was Told TheRe policy Requiked me To be giveN A TB skiN TesT ANd I ASK iF I TAKe A chesT X-RAy Becausc Religous FReedoms ANd I was Told it would cosT To much moNcy ANd eveN The oFFiceR hAveTo TAKe it, I Refused it ANd 3 oFFiceRs JohN Doe's come iN Told me To cuFF up, ANd I did, The JaNe doe NuRSE came iN ANd They slAmme me FACE FoRsT iNto The wAll ANd she stAbed me with A NEEdle, AT iNTAKE. WARdeN ThomAs sCARANTiNO, 3 JohN Doe oFFiceRs ANd A JaNe DoE NuRSE

2.) oN sepTembeR 12Th 2023 A misdiAgNosis wAs mAde by DocToR AllYsoN shARF ANd I wAs puT iN soFt ResTRAiNTs (cuFFed hANds ANd less buttNAKed sTReched ouT oN A piece oF coNcReT) by 3 oR moRe JohN Doe oFFiceRs ANd A JaNe Doe NuRSE FoRced A shoT iN my RighT ARm, JohN Doe oFFiceR puT his FisT oN my Neck so I wouldN'T move, I hAd BeeN plAced oN suicide wATch. AT meNTAl health uNit. AllYsoN shARF ANd 4oRmoRe JohN Doe oFFiceRs ANd A JaNE DoE NuRSE

**What happened to you?**

3.) ON September 13TH 2023 PlaiNTiFF was ordered To give Blood A JohN Doe officer held me And A JANE doe NURSE was very RuFF with me And Busted A veiN iN my ARm (A 3 inch Round) Black place CAmE up were she stAbed me. ORdered by Doctors AllYson shaRF, CHARles ClouTier And LoGAN GRAddy

**When did it happen to you?**

4.) oN ocTober 23rd 2023, by AdminisTRATive hearing From ocTober 5Th 2023, I wAs invoLuNTARy medicAted PuRSUANT To A WAshingTon V. HARpER hearing by ThE commiTtee ThaT deTermined ThAT I meT The cRiTeRiA ThaT was DocTors CHARles clouTier, AllYson shaRF And LoGAN GRAddy. This misdiA gnosis wAs mAde And it was ordered ThaT I be ForCed A shoT And John Doc officer And Jane Doc NURSe carRied ouT Them oRdeRs. DocTors clouTier, shARFAnd GRAddy And JohN Doc officer And JANe Doc NURSe.

**Where did it happen to you?**

5.) AgaiN oN NovembeR 20Th 2023 by oRdeRs FRom The commiTtee ThaT deTeRmined ThaT I meT The cRiteRiA DoctoRs chARles clouTier, AllYson shARF And LoGAN GRAddy, I was ForCed A shoT iN my leFt ARm, AgAiN, John Doe officer And JANe Doe NURSE did There job. DocToRs clouTier, shaRF And LoGAN And John Doc officeR And JANe Doc NURSe.

They All hAppen AT BuTNeR, FEdERA| medicAl ceNTER AT NoRTh CAROliNA #1 hAppen AT inTAke #2,3, 4 And 5 hAppen iN The menTA| health uNit.

**What was your injury?**

My injury's were a complete violation and denial of my religous freedoms of the First Amendment and complete violation and denial of cruel and unusual punishment of the Eighth Amendment and complete violation of the Fourteenth Amendment of Due process of equal protection of the law, and deprived of my libertys without the Due process of the privileges of citizens of the United States on the First, Eighth and the Fourteenth Amendments to the United States Constitution

Doctors Charles cloutier, Allyson sharf and Logan Graddy acted with supervisory control and authorized and approoved, they orderd, and acted with deliberate indifference to my medical needs and care they watched wile others assaulted me and denied libertys and the Due process clause.

Also, Warden Thomas Scarantino has policy approoved and authorized and orders all persons in his prison to take the TB skin test it's policy no alternates like chest X-Ray for people that believe in Lord God my Father; the Body is the Temple, I gess we are in a Babylon Nation now, men get shots to be wemon in prison but to deny a chest X-Ray for a man that was born in the United States that believes in the Lord God of Hosts is a denial of my Rights as a true citizen of the United States.

I do pray for Relief.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

Nevik got A Response bAck Then I was shiped About october 5, 2023 I Filed A oppeal Against involuntARy medicATion And I don't Think DR. LOGAN GRAddy TURNed it iN. because october 23, 2023 was A FoRced injection FRom ThAt Administ RAtive heaRing.

Is the grievance process completed?   ☐ Yes   ☑ No

If no, explain why not:

They would noT Respond To ANy gRieVANcE And I TRied mAiling AlsO, mAil don't pRocess At All ThrRe unless you puT it ceRTiFied mAil. you wAtc on Responces ThAT NeveR comE. so FAR Now, They hAVE NoT hAd To ANSweR BAcK ANyThing oR held with ANy AccounTAblility. They KncW FRom my inTAKE gelTing TherE.

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1.) A Policy chANge FoR Relizous FReedoms on TB skin TesT : AlteRNtc chesTXRAY

2.) Allow FoR DAmAscs clAim AgainsT All Named DEFcNdANTs, OR Allow A TRiAl FoR A hearing on The conducT stAted heRein About A citizen oF The UNited StAtes depRived oF his life And liberTy And FRee exeRcise oF Relisious FReedoms, The DARKNess ThAT is going on Needs puT iN The lighT.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☑ Yes     ☐ No

If yes, how many?  *I Remember 3*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

COURTNEY GARVIN PARTIN V. LATOYIA CARPENTER, ETAL #3:23-CV-0184-TAV-SKL UNITED States DISTRICT COURT FOR The EASTERN District of TENNESSEE, KNOXVILLE : it was About BEING given The WRONG persons Discovery : I was given NEW judges AND PROSECUTER, They NOTE About The FAST AND Speedy TRIAL ACT AND it WAS DISMISSED, I WAS NOT given A FARoppcal, oppeal Denied

COURTNEY PARTIN V. MICHAEL PARRIS ETAL # 16-1178-JDT-cgc United States DISTRICT COURT FOR The Western DistricT of TENNESSEE, EASTERN Division : it was FoR 14 oFFicers Assaulting ME : it was Dismissed Then sent Back on oppeal 4Times, Then, I WON But ND MONEY DAMAGES

COURTNEY PARTIN V. ScoTT ETAl # 11-2680-JDT-cgc United STATES DisTRicT CourT FoR The WESTERN DisTRicT oF TENNESSEE, WESTERN Division : I Reported A ASSAUlt And The oFFicers who hAd AssAulted CAME And Threatened To Assault ME iF I didNoT stAy ouT oF oTher peoples business : Dismissed AS FRivolous, oppealed

## IX.    PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10-10-2023
_____
Dated

_____
Plaintiff's Signature

COURTNEY GARVIN PARTIN
_____
Printed Name

45342-509
_____
Prison Identification #

L.C.D.C. 440 HAmmock Road        London        Ky        40741
_____        _____        _____        _____
Prison Address                           City              State     Zip Code